**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MISSISSIPPI VALLEY LIVESTOCK, INC. | § | Case No. 07-71281-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 25, 2007. The undersigned trustee was appointed on September 12, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     279,137.96

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 117,938.96 |
| Bank service fees | 1,405.49 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 159,793.51 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/15/2008 and the deadline for filing governmental claims was 09/15/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $17,206.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $17,206.90, for a total compensation of $17,206.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/15/2016            By: /s/STEPHEN G. BALSLEY
                                Trustee, Bar No.: 0104841

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-71281-TML  
**Case Name:** MISSISSIPPI VALLEY LIVESTOCK, INC.  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/25/07 (f)  
**§341(a) Meeting Date:** 07/10/08  

**Period Ending:** 11/15/16  

**Claims Bar Date:** 09/15/08  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Bank account - Galena State Bank & Trust Co. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Bank account - East Dubuque Savings Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Note payable-Frederick Stewart dba Criss Cross<br>    ADVERSARY CASE NO. 09-96185<br>Order Dismissing Adversary entered September 21, 2011. | 100,000.00 | 10,000.00 | | 0.00 | FA |
| 4 | 2004 Jeep 4-Wheel Drive | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | Office equipment, furnishings and supplies | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Preferential transfer - Bloomington  (u) | 50,000.00 | 20,000.00 | | 20,000.00 | FA |
| 7 | Preferential transfer - Sheldon Livestock  (u)<br>    ADVERSARY CASE NO. 08-96101<br>Settled pursuant to Order to Compromise Controversy entered September 23, 2009. | 50,000.00 | 17,500.00 | | 17,500.00 | FA |
| 8 | Preferential transfer - Kenneth Frei, Jr.  (u)<br>    ADVERSARY CASE NO. 09-96155<br>Settled pursuant to Order to Compromise Controversy entered October 7, 2009. | 18,089.00 | 18,089.00 | | 18,089.00 | FA |
| 9 | Preferential transfer - Thomas Clayton Livestock  (u)<br>    ADVERSARY CASE NO. 09-96162<br>Settled pursuant to Order to Compromise Controversy entered October 27, 2010. | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 10 | Preferential transfer - Boswell Livestock Auctio  (u)<br>    ADVERSARY CASE NO. 09-96147<br>Settled pursuant to Order to Compromise Controversy entered October 31, 2011. | 0.00 | 5,000.00 | | 15,000.00 | FA |
| 11 | Preferential transfer - Cascade Sales Barn  (u)<br>    ADVERSARY CASE NO. 09-96148<br>See Order Dismissing Adversary entered December 7, 2009. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Preferential transfer - Fairview Sale Barn, Inc.  (u)<br>    ADVERSARY CASE NO. 09-96149<br>See Order Dismissing Adversary entered December 7, 2009. | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-71281-TML  
**Case Name:** MISSISSIPPI VALLEY LIVESTOCK, INC.

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/25/07 (f)  
**§341(a) Meeting Date:** 07/10/08

**Period Ending:** 11/15/16

**Claims Bar Date:** 09/15/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Preferential transfer - Galesburg Livestock Sale  (u)<br>   ADVERSARY CASE NO. 09-96151<br>See Order Dismissing Adversary entered December 7, 2009. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Preferential transfer - Iowa-Grant Livestock  (u)<br>   ADVERSARY CASE NO. 09-96152<br>See Order Dismissing Adversary entered March 30, 2010. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Preferential transfer - J & R Farms  (u)<br>   ADVERSARY CASE NO. 09-96153<br>DISTRICT COURT CASE NO. 12C50341<br>SEVENTH CIRCUIT COURT CASE NO. 13-1377<br>See Order to Compromise Controversy entered on November 16, 2015 (07-71281). | 0.00 | 10,000.00 | | 191,000.00 | FA |
| 16 | Preferential transfer - Johnson Deer Creek Farms  (u)<br>   ADVERSARY CASE NO. 09-96154<br>See Order Dismissing Adversary entered November 3, 2010. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Preferential transfer - Lanesboro Sales Commissi  (u)<br>   ADVERSARY CASE NO. 09-96156<br>See Order Dismissing Adversary entered June 30, 2010. | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Preferential transfer - Manchester Livestock Auc  (u)<br>   ADVERSARY CASE NO. 09-96157<br>See Order Dismissing Adversary entered December 7, 2009. | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Preferential transfer - O&S Cattle Co.  (u)<br>   ADVERSARY CASE NO. 09-96159<br>See Order Dismissing Adversary entered December 7, 2009. | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Preferential transfer - Reel Livestock Auction  (u)<br>   ADVERSARY CASE NO. 09-96160<br>See Order Dismissing Adversary enterd October 19, 2011. | 0.00 | 5,000.00 | | 0.00 | FA |
| 21 | Preferential transfer - T.A.H. Livestock, Inc.  (u) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-71281-TML  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** MISSISSIPPI VALLEY LIVESTOCK, INC.  **Filed (f) or Converted (c):** 05/25/07 (f)
  **§341(a) Meeting Date:** 07/10/08
**Period Ending:** 11/15/16  **Claims Bar Date:** 09/15/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | ADVERSARY CASE NO. 09-96161<br>See Order Dismissing Adversary entered December 7, 2009. |  |  |  |  |  |
| 22 | Preferential transfer - United Auction Center (u)<br>ADVERSARY CASE NO. 09-96163<br>Settled pursuant to Order to Compromise Controversy entered April 25, 2012. | 0.00 | 5,000.00 |  | 7,500.00 | FA |
| 23 | Preferential transfer - Walnut Auction Sales (u)<br>ADVERSARY CASE NO. 09-96164<br>See Order Dismissing Adversary entered January 5, 2011. | 0.00 | 0.00 |  | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 48.96 | FA |
| 24 | **Assets Totals** (Excluding unknown values) | **$234,089.00** | **$100,589.00** |  | **$279,137.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2009  **Current Projected Date Of Final Report (TFR):** November 15, 2016 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-71281-TML  
**Case Name:** MISSISSIPPI VALLEY LIVESTOCK, INC.

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****61-65 - Money Market Account

**Taxpayer ID #:** **-***4518  
**Period Ending:** 11/15/16

**Blanket Bond:** $6,620,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/09 | {6} | Bloomington Livestock Exchange, II | Settlement | 1241-000 | 20,000.00 | | 20,000.00 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 20,000.51 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,001.32 |
| 10/15/09 | {7} | SFRL, Inc., d/b/a Sheldon Livestock | Settlement for Sheldon Livestock/SFRL | 1241-000 | 17,500.00 | | 37,501.32 |
| 10/22/09 | {8} | Kenneth Frei, Jr. | Payment for preference | 1241-000 | 18,089.00 | | 55,590.32 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.22 | | 55,591.54 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.34 | | 55,593.88 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.34 | | 55,596.22 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.19 | | 55,598.41 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.11 | | 55,600.52 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.49 | | 55,603.01 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.37 | | 55,603.38 |
| 04/06/10 | | Wire out to BNYM account **********6165 | Wire out to BNYM account **********6165 | 9999-000 | -55,603.38 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -55,603.38 | 0.00 | |
| | | | **Subtotal** | | 55,603.38 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$55,603.38** | **$0.00** | |

{} Asset reference(s)

Printed: 11/15/2016 04:16 PM    V.13.28

Exhibit B

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-71281-TML  
**Case Name:** MISSISSIPPI VALLEY LIVESTOCK, INC.  
**Taxpayer ID #:** **-***4518  
**Period Ending:** 11/15/16  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******61-65 - Checking Account  
**Blanket Bond:** $6,620,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6165 | Wire in from JPMorgan Chase Bank, N.A. account ********6165 | 9999-000 | 55,603.38 | | 55,603.38 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.66 | | 55,606.04 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.31 | | 55,609.35 |
| 06/07/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #07-71281 | 2300-000 | | 52.04 | 55,557.31 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.19 | | 55,560.50 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.31 | | 55,563.81 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.29 | | 55,567.10 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.37 | | 55,568.47 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.41 | | 55,569.88 |
| 11/03/10 | {9} | Thomas Clayton | Settlement re: Thomas Clayton Livestock, LLC | 1241-000 | 10,000.00 | | 65,569.88 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.59 | | 65,571.47 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.67 | | 65,573.14 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.67 | | 65,574.81 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.50 | | 65,576.31 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.67 | | 65,577.98 |
| 04/25/11 | 11002 | Shelton Reporting | Deposition Transcript of John E. Connery in re: Balsley v. Stewart, 09-96185 | 3992-000 | | 178.50 | 65,399.48 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.61 | | 65,401.09 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.66 | | 65,402.75 |
| 05/31/11 | 11003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #07-71281 | 2300-000 | | 71.91 | 65,330.84 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.53 | | 65,331.37 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.55 | | 65,331.92 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.55 | | 65,332.47 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.53 | | 65,333.00 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.55 | | 65,333.55 |
| 11/10/11 | {10} | Boswell Livestock Commission Co., Inc. | Settlement | 1241-000 | 15,000.00 | | 80,333.55 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.60 | | 80,334.15 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.68 | | 80,334.83 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.68 | | 80,335.51 |
| 04/27/12 | {22} | Attorney Thomas E. Laughlin | Settlement | 1241-000 | 7,500.00 | | 87,835.51 |
| 06/04/12 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 77.67 | 87,757.84 |

Subtotals :   $88,137.96   $380.12

{} Asset reference(s)   Printed: 11/15/2016 04:16 PM   V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-71281-TML  
**Case Name:** MISSISSIPPI VALLEY LIVESTOCK, INC.  
**Taxpayer ID #:** \*\*-\*\*\*4518  
**Period Ending:** 11/15/16

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** \*\*\*\*-\*\*\*\*\*\*61-65 - Checking Account  
**Blanket Bond:** $6,620,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 06/04/2012 FOR CASE #07-71281 | | | | |
| 09/26/12 | 11005 | Barrick, Switzer, Long, Balsley & Van Evera | Partial Payment toward Trustee's Counsel for Interim Compensation pursuant to September 26, 2012 Order | 3110-000 | | 67,607.00 | 20,150.84 |
| 09/26/12 | 11006 | Barrick, Switzer, Long, Balsley & Van Evera | Payment for Reimbursement of Expenses pursuant to September 26, 2012 Order | 3120-000 | | 852.19 | 19,298.65 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 19,298.65 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 88,137.96 | 88,137.96 | $0.00 |
| | | | Less: Bank Transfers | | 55,603.38 | 19,298.65 | |
| | | | **Subtotal** | | 32,534.58 | 68,839.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,534.58** | **$68,839.31** | |

{} Asset reference(s)

Printed: 11/15/2016 04:16 PM   V.13.28

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-71281-TML
**Case Name:** MISSISSIPPI VALLEY LIVESTOCK, INC.
**Taxpayer ID #:** **-***4518
**Period Ending:** 11/15/16

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******3166 - Checking Account
**Blanket Bond:** $6,620,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 19,298.65 | | 19,298.65 |
| 03/11/13 | 21007 | Barrick, Switzer, Long, Balsley & Van Evera | Payment in full toward Trustee's Counsel for Interim Compensation pursuant to September 26, 2012 Order | 3110-000 | | 10,000.00 | 9,298.65 |
| 06/03/13 | 21008 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #07-71281 | 2300-000 | | 13.03 | 9,285.62 |
| 06/06/14 | 21009 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #07-71281 | 2300-000 | | 17.03 | 9,268.59 |
| 06/09/15 | 21010 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #07-71281 | 2300-000 | | 20.56 | 9,248.03 |
| 12/10/15 | {15} | Ronald Lahr | Settlement re: J&R Farms pursuant to Order to Compromise Controversy entered November 16, 2015 | 1241-000 | 191,000.00 | | 200,248.03 |
| 12/17/15 | 21011 | Barrick, Switzer, Long, Balsley & Van Evera | Payment of Second Application of Trustee's Counsel for Interim Compensation pursuant to December 7, 2015 Order | 3210-000 | | 27,002.25 | 173,245.78 |
| 01/04/16 | 21012 | Galena State Bank & Trust Co. | Payment of Administrative Expense pursuant to Order entered December 28, 2015 | 3991-120 | | 11,970.50 | 161,275.28 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 223.62 | 161,051.66 |
| 06/03/16 | 21013 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2016 FOR CASE #07-71281, Bond #016018067 | 2300-000 | | 76.28 | 160,975.38 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 254.06 | 160,721.32 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.85 | 160,498.47 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.24 | 160,245.23 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 229.85 | 160,015.38 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.87 | 159,793.51 |
| | | | ACCOUNT TOTALS | | 210,298.65 | 50,505.14 | $159,793.51 |
| | | | Less: Bank Transfers | | 19,298.65 | 0.00 | |
| | | | **Subtotal** | | 191,000.00 | 50,505.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$191,000.00** | **$50,505.14** | |

{} Asset reference(s)

Printed: 11/15/2016 04:16 PM    V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 07-71281-TML | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** MISSISSIPPI VALLEY LIVESTOCK, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3166 - Checking Account |
| **Taxpayer ID #:** **-***4518 | **Blanket Bond:** $6,620,000.00 (per case limit) |
| **Period Ending:** 11/15/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****61-65** | 55,603.38 | 0.00 | 0.00 |
| **Checking # ****-******61-65** | 32,534.58 | 68,839.31 | 0.00 |
| **Checking # ******3166** | 191,000.00 | 50,505.14 | 159,793.51 |
| | $279,137.96 | $119,344.45 | $159,793.51 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 11/15/2016 04:16 PM　　V.13.28

# Exhibit C

## Case: 07-71281-TML  MISSISSIPPI VALLEY LIVESTOCK, INC.

Claims Bar Date: 09/15/08

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108 | Admin Ch. 7<br>05/25/07 | Pursuant to First Application of Trustee's Counsel for Interim Compensation for the period August 17, 2007 through September 4, 2012. Order entered September 26, 2012. | $77,607.00<br>$77,607.00 | $77,607.00 | $0.00 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)>, 200 | | | | | |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108 | Admin Ch. 7<br>05/25/07 | Pursuant to First Application of Trustee's Counsel for Reimbursement of Expenses from August 17, 2007 through September 4, 2012. Order entered September 26, 2012.<br><br>02/11/09 - FedEx - Postage Fee $15.94<br>08/21/09 - US Bankruptcy Court -Filing Fee Adversary 09-96185 $250.00<br>07/16/10 - Verbatim Reporting - Deposition of Frederick Steward $246.00<br>03/02/12 - Lambert Reporting - Copy of Transcript $42.25<br>08/16/12 - US Bankruptcy Court - Filing Fee for Appeal $298.00 | $852.19<br>$852.19 | $852.19 | $0.00 |
| | <3120-00   Attorney for Trustee Expenses (Trustee Firm)>, 200 | | | | | |
| | U.S. BANKRUPTCY COURT<br>327 SOUTH CHURCH STREET<br>ROCKFORD, IL 61101 | Admin Ch. 7<br>05/25/07 | Deferral of Adversary Complaint Filing Fee ($250.00 per case) for the following cases:<br>08-96101 filed 12/19/08; 09-96147 filed 7/7/09; 09-96148 filed 7/7/09; 09-96149 filed 7/7/09; 09-96151 filed 7/7/09; 09-96152 filed 7/7/09; 09-96153 filed 7/7/09; 09-96154 filed 7/7/09; 09-96155 filed 7/7/09; 09-96156 filed 7/7/09; 09-96157 filed 7/7/09; 09-96159 filed 7/8/09; 09-96160 filed 7/8/09; 09-96161 filed 7/8/09; 09-96162 filed 7/8/09; 09-96163 filed 7/8/09; 09-96164 filed 7/8/09. | $4,250.00<br>$4,250.00 | $0.00 | $4,250.00 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | | | | | |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108 | Admin Ch. 7<br>05/25/07 | Pursuant to Second Application of Trustee's Counsel for Interim Compensation for the period April 27, 2012 through November 10, 2015. Order entered December 7, 2015. | $27,002.25<br>$27,002.25 | $27,002.25 | $0.00 |
| | <3210-00   Attorney for Trustee Fees (Other Firm)>, 200 | | | | | |

# Exhibit C

## Case: 07-71281-TML   MISSISSIPPI VALLEY LIVESTOCK, INC.

Claims Bar Date: 09/15/08

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Galena State Bank & Trust Co. c/o HolmstromKennedy PC 800 North Church Street Rockford, IL 61105 | Admin Ch. 7 05/25/07 | Pursuant to Order for Allowance of Administrative Expense entered December 28, 2015. | $11,970.50 $11,970.50 | $11,970.50 | $0.00 |
|  | <3991-12  Attorney for Creditor Fees>, 200 | | | | | |
|  | RSM US LLP 5155 Paysphere Circle Chicago, IL 60674 | Admin Ch. 7 05/25/07 | Preparation of Bankruptcy Estatate tax returns through October 21, 2016. See Order authorizing Compensation for Trustee's Accountant entered November 30, 2016. | $6,958.00 $6,958.00 | $0.00 | $6,958.00 |
|  | <3310-00  Accountant for Trustee Fees (Trustee Firm)>, 200 | | | | | |
|  | RSM US LLP 5155 Paysphere Circle Chicago, IL 60674 | Admin Ch. 7 05/25/07 | Accountant Compensation for preparation of tax returns from October 24, 2016 through November 11, 2016. | $3,665.00 $3,665.00 | $0.00 | $3,665.00 |
|  | <3310-00  Accountant for Trustee Fees (Trustee Firm)>, 200 | | | | | |
|  | Barrick, Switzer, Long, Balsley & Van Evera 6833 Stalter Drive Rockford, IL 61108 | Admin Ch. 7 05/25/07 | | $2,623.00 $2,623.00 | $0.00 | $2,623.00 |
|  | <3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | | | | | |
|  | STEPHEN G. BALSLEY 6833 STALTER DRIVE ROCKFORD, IL 61108 | Admin Ch. 7 05/25/07 | | $17,206.90 $17,206.90 | $0.00 | $17,206.90 |
|  | <2100-00  Trustee Compensation>, 200 | | | | | |
| 1 | Kness Trucking Inc P O Box 463 Chadwick, IL 61014 | Unsecured 09/25/07 | P O Box 463 Chadwick, IL 61014 --------------------------------------------------------------------------------* * * | $76,589.18 $76,589.18 | $0.00 | $76,589.18 |
|  | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 2 | Manchester Livestock Auction, Inc. 1624 220th Street P.O. Box 178 Manchester, MA 52057 | Unsecured 10/03/07 | c/o Attorney Thomas E. Laughlin Ritz & Laughlin Ltd., PC Rockford, IL 61103 ----------------------------------------------------------------------* * * | $215,261.34 $215,261.34 | $0.00 | $215,261.34 |
|  | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |

# Exhibit C

## Case: 07-71281-TML MISSISSIPPI VALLEY LIVESTOCK, INC.

Claims Bar Date: 09/15/08

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Schier Trucking LLC<br>1287 Mt Morris Road<br><br>Mt Morris, IL 61054<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/30/07 | 1287 Mt Morris Road<br>Mt Morris, IL 61054<br>--------------------------------------------------------------------------* * * | $11,397.00<br>$11,397.00 | $0.00 | $11,397.00 |
| 4 | Galena State Bank and Trust Co<br>Atty Bradley T Koch<br>800 North Church St<br>Rockford, IL 61103<br><br><4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>12/12/07 | Atty Bradley T Koch<br>800 North Church St<br>Rockford, IL 61103<br>--------------------------------------------------------------------------* * *<br>See Amended Claim No. 4 filed 11/2/09. | $610,408.12<br>$0.00 | $0.00 | $0.00 |
| 4 -2 | Galena State Bank and Trust Co<br>Atty Bradley T Koch<br>800 North Church St<br>Rockford, IL 61103<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/12/07 | Atty Bradley T Koch<br>800 North Church St<br>Rockford, IL 61103<br>--------------------------------------------------------------------------* * *<br>AMENDED CLAIM NO. 4 FILED 11/2/09. | $610,408.12<br>$610,408.12 | $0.00 | $610,408.12 |
| 5 | Galena State Bank and Trust Co<br>Atty Bradley T Koch<br>800 North Church St<br>Rockford, IL 61103<br><br><4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>12/12/07 | Atty Bradley T Koch<br>800 North Church St<br>Rockford, IL 61103<br>--------------------------------------------------------------------------* * *<br>See Amended Claim No. 5 filed 10/30/09. | $1,243,951.80<br>$0.00 | $0.00 | $0.00 |
| 5 -2 | Galena State Bank and Trust Co<br>Atty Bradley T Koch<br>800 North Church St<br>Rockford, IL 61103<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/12/07 | Atty Bradley T Koch<br>800 North Church St<br>Rockford, IL 61103<br>--------------------------------------------------------------------------* * *<br>AMENDED CLAIM NO. 5 FILED 10/30/09. | $1,243,951.80<br>$1,243,951.80 | $0.00 | $1,243,951.80 |

# Exhibit C

## Case: 07-71281-TML   MISSISSIPPI VALLEY LIVESTOCK, INC.

Claims Bar Date: 09/15/08

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Manchester Livestock Auction Inc<br>POB 178<br><br>Manchester, IA 52057<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/30/08 | POB 178<br>Manchester, IA 52057<br>------------------------------------------------------------------------------* * * | $215,261.34<br>$215,261.34 | $0.00 | $215,261.34 |
| 7 | Kness Trucking Inc<br>P O Box 463<br><br>Chadwick, IL 61014<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/03/08 | P O Box 463<br>Chadwick, IL 61014<br>------------------------------------------------------------------------------* * * | $76,589.18<br>$76,589.18 | $0.00 | $76,589.18 |
| 8 | Midwest Livestock Express Inc<br>POB 64<br><br>Springfield, MN 56087<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/18/08 | POB 64<br>Springfield, MN 56087<br>------------------------------------------------------------------------------* * * | $1,200.00<br>$1,200.00 | $0.00 | $1,200.00 |
| 9 | Kness Trucking Inc<br>P O Box 463<br><br>Chadwick, IL 61014<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/02/08 | P O Box 463<br>Chadwick, IL 61014<br>------------------------------------------------------------------------------* * * | $76,589.18<br>$76,589.18 | $0.00 | $76,589.18 |
| 10 | Boswell Livestock Auction Commission Co<br>POB 274<br>Boswell, IN 47921<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/02/08 | Commission Co<br>POB 274<br>Boswell, IN 47921<br>------------------------------------------------------------------------------* * *<br>Claim No. 10 withdrawn pursuant to Court Order entered 10/31/11. | $203,200.21 *<br>$0.00 | $0.00 | $0.00 |
| 11 | Kness Trucking Inc<br>P O Box 463<br><br>Chadwick, IL 61014<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/03/08 | P O Box 463<br>Chadwick, IL 61014<br>------------------------------------------------------------------------------* * * | $76,589.18<br>$76,589.18 | $0.00 | $76,589.18 |

(*) Denotes objection to Amount Filed

# Exhibit C

## Case: 07-71281-TML   MISSISSIPPI VALLEY LIVESTOCK, INC.

Claims Bar Date: 09/15/08

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Bloomington Livestock Exchange, Inc. c/o D. Alexander Martin, Esq.,DeWitt Ross & Stevens S.C.,Two E. Mifflin Stree Madison, WI 53703 | Unsecured 08/01/08 | c/o D. Alexander Martin, Esq. DeWitt Ross & Stevens S.C.,Two E. Mifflin Street, Suite 600 Madison, WI 53703 ----------------------------------------------------------------------------* * * See Amended Claim No. 12 filed 8/5/09. | $575,538.30 $0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12 -2 | Bloomington Livestock Exchange, Inc. c/o D. Alexander Martin, Esq.,DeWitt Ross & Stevens S.C.,Two E. Mifflin Stree Madison, WI 53703 | Unsecured 08/01/08 | c/o D. Alexander Martin, Esq. DeWitt Ross & Stevens S.C.,Two E. Mifflin Street, Suite 600 Madison, WI 53703 ----------------------------------------------------------------------------* * * AMENDED CLAIM NO. 12 FILED 8/5/09. | $575,538.30 $575,538.30 | $0.00 | $575,538.30 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13 | Circle S Transport 220 Imboden Dr Winchester, VA 22603 | Unsecured 08/15/08 | 220 Imboden Dr Winchester, VA 22603 ----------------------------------------------------------------------------* * * | $936.10 $936.10 | $0.00 | $936.10 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 14 | United Auction Center POB 777 Maquoketa, IA 52060 | Unsecured 09/05/08 | POB 777 Maquoketa, IA 52060 ----------------------------------------------------------------------------* * * | $27,806.34 $27,806.34 | $0.00 | $27,806.34 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 15 | K & J Trucking 2541 Jackson Ave George, IA 51237 | Unsecured 09/10/08 | 2541 Jackson Ave George, IA 51237 ----------------------------------------------------------------------------* * * | $105,452.90 $105,452.90 | $0.00 | $105,452.90 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

# Exhibit C

## Case: 07-71281-TML　MISSISSIPPI VALLEY LIVESTOCK, INC.

Claims Bar Date: 09/15/08

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | SFRL, Inc. d/b/a Sheldon Livestock<br>728 Par Lane<br><br>Rock Valley, IA 51247<br><br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>09/15/08 | <br><br>728 Par Lane<br>Rock Valley, IA 51247<br>--------------------------------------------------------------------------------\* \* \* | $143,529.50<br>$143,529.50 | $0.00 | $143,529.50 |
| 17 | SFRL, Inc. d/b/a Sioux Falls Regional Livestock<br>728 Par Lane<br><br>Rock Valley, IA 51247<br><br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>09/15/08 | <br><br>728 Par Lane<br>Rock Valley, IA 51247<br>--------------------------------------------------------------------------------\* \* \* | $162,204.05<br>$162,204.05 | $0.00 | $162,204.05 |
| | | | **Case Total:** | | **$117,431.94** | **$3,654,006.41** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 07-71281-TML
Case Name: MISSISSIPPI VALLEY LIVESTOCK, INC.
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 159,793.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Galena State Bank and Trust Co | 610,408.12 | 0.00 | 0.00 | 0.00 |
| 5 | Galena State Bank and Trust Co | 1,243,951.80 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 159,793.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 17,206.90 | 0.00 | 17,206.90 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 107,232.25 | 104,609.25 | 2,623.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 852.19 | 852.19 | 0.00 |
| Accountant for Trustee, Fees - RSM US LLP | 10,623.00 | 0.00 | 10,623.00 |
| Charges, U.S. Bankruptcy Court | 4,250.00 | 0.00 | 4,250.00 |
| Other Fees: Galena State Bank & Trust Co. | 11,970.50 | 11,970.50 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 34,702.90
Remaining balance: $ 125,090.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 125,090.61

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 125,090.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,619,303.51 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Kness Trucking Inc | 76,589.18 | 0.00 | 2,647.08 |
| 2 | Manchester Livestock Auction, Inc. | 215,261.34 | 0.00 | 7,439.88 |
| 3 | Schier Trucking LLC | 11,397.00 | 0.00 | 393.90 |
| 4 -2 | Galena State Bank and Trust Co | 610,408.12 | 0.00 | 21,096.97 |
| 5 -2 | Galena State Bank and Trust Co | 1,243,951.80 | 0.00 | 42,993.55 |
| 6 | Manchester Livestock Auction Inc | 215,261.34 | 0.00 | 7,439.88 |
| 7 | Kness Trucking Inc | 76,589.18 | 0.00 | 2,647.08 |
| 8 | Midwest Livestock Express Inc | 1,200.00 | 0.00 | 41.47 |
| 9 | Kness Trucking Inc | 76,589.18 | 0.00 | 2,647.08 |
| 10 | Boswell Livestock Auction | 0.00 | 0.00 | 0.00 |
| 11 | Kness Trucking Inc | 76,589.18 | 0.00 | 2,647.08 |
| 12 | Bloomington Livestock Exchange, Inc. | 0.00 | 0.00 | 0.00 |
| 12 -2 | Bloomington Livestock Exchange, Inc. | 575,538.30 | 0.00 | 19,891.79 |
| 13 | Circle S Transport | 936.10 | 0.00 | 32.35 |
| 14 | United Auction Center | 27,806.34 | 0.00 | 961.04 |
| 15 | K & J Trucking | 105,452.90 | 0.00 | 3,644.67 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | SFRL, Inc. d/b/a Sheldon Livestock | 143,529.50 | 0.00 | 4,960.68 |
| 17 | SFRL, Inc. d/b/a Sioux Falls Regional Livestock | 162,204.05 | 0.00 | 5,606.11 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 125,090.61 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**