UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                              )
                                                    )
**MISSISSIPPI VALLEY LIVESTOCK, INC.**              )    Bankruptcy Case No. 07-71281 TML
                                                    )    Chapter 7
                                                    )
Debtor(s).                                          )

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 2, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

MISSISSIPPI VALLEY LIVESTOCK, INC.
612 SPRING STREET
P.O. BOX 252
GALENA, IL 61036

Galena State Bank & Trust Co.
c/o HolmstromKennedy PC
800 North Church Street
Rockford, IL 61105

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674

Kness Trucking Inc
P O Box 463
Chadwick, IL 61014

Manchester Livestock Auction, Inc.
1624 220th Street
P.O. Box 178
Manchester, MA 52057

Schier Trucking LLC
1287 Mt Morris Road
Mt Morris, IL 61054

Galena State Bank and Trust Co
Atty Bradley T Koch
800 North Church St
Rockford, IL 61103

Manchester Livestock Auction Inc
POB 178
Manchester, IA 52057

Kness Trucking Inc
P O Box 463
Chadwick, IL 61014

Midwest Livestock Express Inc
POB 64
Springfield, MN 56087

Boswell Livestock Auction
Commission Co
POB 274
Boswell, IN 47921

Bloomington Livestock Exchange, Inc.
c/o D. Alexander Martin, Esq.,DeWitt
Ross & Stevens S.C.,Two E. Mifflin Stree
Madison, WI 53703

Circle S Transport
220 Imboden Dr
Winchester, VA 22603

United Auction Center
POB 777
Maquoketa, IA 52060

K & J Trucking
2541 Jackson Ave
George, IA 51237

SFRL, Inc. d/b/a Sheldon Livestock
728 Par Lane
Rock Valley, IA 51247

SFRL, Inc. d/b/a Sioux Falls Regional Livestock
728 Par Lane
Rock Valley, IA 51247

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-0687
sbalsley@bslbv.com